IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAMIANA ABIORO, and<br>JESSICA M. ABIORO, | : <br> : |
| Plaintiffs, | : |
| VS. | :    NO. 5:12-CV-133 (MTT) |
| MICHAEL J. ASTRUE, | :    SOCIAL SECURITY APPEAL |
| Defendant. | : |

## RECOMMENDATION

Before the Court is a Motion to Dismiss filed by Plaintiffs Damiana Abioro and Jessica M. Abrioro. Doc. 7. In the motion, Plaintiffs request that their action against the Commissioner of Social Security be dismissed without prejudice. Defendant has no objection to Plaintiffs' motion. Accordingly, it is hereby **RECOMMENDED** that Plaintiffs' Complaint be **DISMISSED** without prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 25th day of July, 2012.

                                                  s/ Charles H. Weigle_____
                                                  Charles H. Weigle
                                                  United States Magistrate Judge