IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAMIANA ABIORO and JESSICA M. ABIORO, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-133 (MTT) ) |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Charles H. Weigle. (Doc. 8). The Magistrate Judge recommends granting the Plaintiffs' Fed. R. Civ. P. 41(a)(1) Motion to Dismiss Without Prejudice. The Defendant does not object to the Motion. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 30th July, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT